IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DYLAN D. DAHLGREN,

Defendant.

4:19CR3130

ORDER

IT IS ORDERED:

1)    Defendant's motion to review the conditions of supervised release, (Filing No. 85), is granted.

2)    Defendant shall comply with all terms and conditions of supervised release except as follows:

> Defendant shall be released to reside at Revive, Hastings, Nebraska, and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)    Defendant shall arrive at Revive, Hastings, Nebraska, by 12:00 (noon) on May 15, 2026. The Marshal shall release Defendant to Susan Dahlgren on May 15, 2026 at 10:00 a.m. for timely transport to the facility.

Dated this 6th day of May, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge