IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,                                    4:19-CR-3130

vs.                                                           ORDER

DYLAN D. DAHLGREN,

                Defendant.

IT IS ORDERED:

1.    The arrest warrant (filing 88) issued on May 22, 2026 is recalled.

2.    The Clerk of the Court shall immediately provide a copy of this order to the United States Marshal.

Dated this 26th day of May, 2026.

                                        BY THE COURT:

                                        John M. Gerrard
                                        Senior United States District Judge